# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ROJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 17-2786-JPR<br><br>**JUDGMENT** |

　　For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's motion for judgment on the pleadings and request for an order remanding the case for further proceedings are DENIED; (2) the Commissioner's motion for judgment on the pleadings and request for an order affirming the Commissioner's final decision are GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: _June 4, 2018_　　　　**JEAN ROSENBLUTH**
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　U.S. Magistrate Judge